———————

No. 96-1153WA

———————

United States of America,        *

                                *

         Appellee,       *    Appeal from the United States

                                *    District Court for the Western

   v.                     *    District of Arkansas.

                                *

Darrell Edward Carter,        *    [UNPUBLISHED]

                                *

         Appellant.      *

———————

Submitted:  June 28, 1996

Filed:  July 5, 1996

———————

Before FAGG, BOWMAN, and HANSEN, Circuit Judges.

———————

PER CURIAM.

Darrell Edward Carter appeals the district court's denial of Carter's 28 U.S.C. § 2255 motion. Carter contends the government's seizure and administrative forfeiture of his two vehicles, in proceedings he did not contest, constituted punishment for his drug offenses and thus barred his later criminal prosecution and conviction. Carter's contention is foreclosed by the contrary holdings of the United States Supreme Court and this court. See United States v. Ursery, No. 95-345, 1996 WL 340815, at *3 (U.S. June 24, 1996); United States v. Sykes, 73 F.3d 772, 773-74 (8th Cir. 1996), cert. denied, 64 U.S.L.W. 3821 (U.S. June 10, 1996). We thus affirm the district court. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.